McAdams Unemployment Compensation Case.

Argued September 12, 1969. *James E. McAdams*, claimant, appellant, in propria persona; *Sydney Reuben*, Assistant Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

McFarland *v.* Richards' Freight Lines, Inc. et al., Appellants.

Argued September 12, 1969. *Harris I. Weisbord*, with him *Murphy, Veldorale, Weisbord & Dougherty*, for appellants; *David Freeman*, for appellee.

Order affirmed.

McKinney Unemployment Compensation Case.

Argued September 11, 1969. *Herbert Karasin*, for claimant, appellant; *Sydney Reuben*, Assistant Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.